UNITED STATES TRUST CO. v. LLOYD et al.

(Circuit Court of Appeals, Sixth Circuit. October 8, 1895.)

No. 302.

Appeal from the Circuit Court of the United States for the District of Kentucky.

Dismissed, for failure to print record, pursuant to the twenty-third rule.